**SUSAN K. HATMAKER 172543**
**RACHELLE TAYLOR GOLEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

ATTORNEYS FOR Defendant:
5561 SULTANA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| GEORGE AVALOS, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>5561 SULTANA, LLC a California limited liability company; and DOES 1-10, inclusive<br><br>    Defendants. | NO. 1:20-cv-01383-NONE-BAM<br><br>**DEFENDANT, 5561 SULTANA, LLC'S, NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. RULE 12(b)(6) AS TO PLAINTIFF'S COMPLAINT**<br><br>Date:    January 8, 2021<br>Time:   9:00 a.m.<br>Courtroom:  8, 6th Floor<br><br>Judge: Magistrate Barbara A. McAuliffe |

PLEASE TAKE NOTICE that, on January 8, 2021, at 9:00 a.m, before Magistrate Barbara A. McAuliffe, Defendant, 5561 SULTANA, LLC (hereinafter "Defendant"), will move for a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) because a facial reading of Plaintiff's Complaint fails to state a claim for which relief can be granted because Plaintiff has failed to allege any facts that ties the alleged barrier(s) encountered to any particular disability that he allegedly suffers.

As Plaintiff is a serial litigant and should have a reasonable grasp of the applicable pleading requirements as well as the law under the Americans with Disabilities Act and the California Unruh Civil Rights Act and has filed the Complaint without good faith, Defendant further requests that should this Motion be granted, it be awarded prevailing party attorneys' fees pursuant to 28 U.S.C. § 1927 and/or 42 U.S.C. § 12205. (*Peters v. Winco Foods, Inc.* (Cal. E.D. 2004) 320 F.Supp.2d 1035.)

The grounds for this Motion are set forth in: 1) this Notice of Motion and Motion; 2) the Memorandum of Points and Authorities in support of this Motion; 3) the Request for Judicial Notice; and 4) all Exhibits thereto.

DATED: December 7, 2020　　　　　　　　HATMAKER LAW GROUP

　　　　　　　　　　　　　　　　　　　　By  /s/ Rachelle Taylor Golden
　　　　　　　　　　　　　　　　　　　　　　RACHELLE TAYLOR GOLDEN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　5561 SULTANA LLC

**PROOF OF SERVICE**

I am employed in the County of Fresno, California; I am over the age of eighteen years and not a party to the within cause; my business address is:  7522 N. Colonial Avenue, Fresno, CA 93711.

On December 7, 2020, I served the foregoing document(s) described as:

**DEFENDANT, 5561 SULTANA, LLC'S, NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. RULE 12(b)(6)**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

MANNING LAW, APC
Joseph R. Manning, Jr.
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Ph: (949) 200-8755
Email: DisabilityRights@manninglawoffice.com
**Attorneys for Plaintiff, George Avalos**

\_\_\_\_   (By U.S. Mail) I caused each envelope, with postage fully prepaid, to be placed in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in the City of Fresno, California after the close of the day's business.

\_\_\_\_   (By Facsimile) I caused this document to be delivered via facsimile to the numbers set forth below.

  X    (By Electronic Service) - I caused a true and correct copy of the document(s) described above to be uploaded to the Court approved case management system, and served electronically to all parties listed above.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on December 7, 2020, at Fresno, California.

By:    /s/ *Rachelle Taylor Golden*
          RACHELLE TAYLOR GOLDEN