UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>5561 SULTANA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | No. 1:20-cv-01383-NONE-BAM<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S ADA CAUSE OF ACTION WITH PREJUDICE AND PLAINTIFF'S UNRUH CIVIL RIGHTS CAUSE OF ACTION WITHOUT PREJUDICE |

After consideration of the Joint Stipulation for Dismissal filed by plaintiff George Avalos and defendant 5561 Sultana, LLC, the Court hereby enters a dismissal with prejudice of plaintiff's Americans with Disabilities Act claim and dismissal without prejudice of plaintiff's Unruh Civil Rights Act claim in the above-entitled action.  Plaintiff may refile the Unruh Civil Rights Act claim in an appropriate Superior Court.

Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   **July 22, 2021**          _____
                                    UNITED STATES DISTRICT JUDGE

1